**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Roseli BANUELOS–RODRIGUEZ, aka**
**Rogelio Banuelos–Rodriguez,**
**Defendant–Appellant.**

No. 96–50297.

United States Court of Appeals,
Ninth Circuit.

Filed Nov. 5, 1999

Before: HUG, Chief Judge.

**ORDER**

Upon the vote of a majority of nonrecused active judges of this court, it is ordered that this case be reheard by the en banc court pursuant to the Third Circuit Rule 35–3. The three–judge panel opinion *United States v. Banuelos–Rodriguez,* 173 F.3d 741 (9th Cir.1999), is withdrawn.